**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| MICHEAL MYRICK, | ) | Case No. 20-cv-946-DEP |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| *Defendant*. | ) | |

### Consent Order for Payment of Fees Under the Equal Access to Justice Act

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of seven thousand two hundred eighty-one dollars and forty-five cents ($7,281.45).

This award will satisfy all of Plaintiff's claims for EAJA fees in this case. Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff that has been provided to Defendant.

AND, the Court having reviewed the record in this matter;

IT IS on this 31st day of March, 2022;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $7,281.45, and that this award is payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

_____
HON. DAVID E. PEEBLES
UNITED STATES MAGISTRATE JUDGE

The undersigned hereby consent to the form and entry of the within order.

Dated: March 29, 2022

| | |
|---|---|
| Kilolo Kijakazi, | Micheal Myrick, |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman, United States Attorney | |
| */s/ Christopher L. Potter* | */s/ Elizabeth Lombardi*[1] |
| Christopher L. Potter | Elizabeth Lombardi |
| Special Assistant U.S. Attorney | N.D.N.Y. Bar Roll No. 520633 |
| N.D.N.Y. Bar Roll No. 701008 | Legal Aid Society of Mid-New York, Inc. |
| Social Security Administration | 221 South Warren St., Ste. 310 |
| Office of the General Counsel | Syracuse, NY 13202 |
| J.F.K. Federal Building, Room 625 | (315) 703-6657 |
| Boston, MA 02203 | betsy.lombardi@lasmny.org |
| (617) 565-1853 | |
| christopher.L.potter@ssa.gov | |

---

[1] Signed by Christopher L. Potter with Elizabeth Lombardi's permission.